IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LARRY EDWIN PATTERSON, **Plaintiff,** | Civil Action No. 7:08cv00284 |
| v. | **ORDER** |
| TIMOTHY M. KAINE, et al., **Defendants.** | By: Hon. Jackson L. Kiser Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion to proceed in forma pauperis without prepayment of the filing fee shall be and hereby is **DENIED**; the action is hereby **STAYED**; and if plaintiff does not prepay the $350.00 filing fee for this action within ten (10) business days from the date of this order, the action will be **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(g).

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 21st day of April, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge