CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 16 2008

JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LARRY EDWIN PATTERSON, | ) | |
| Plaintiff, | ) | Civil Action No. 7:08cv00284 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| TIMOTHY M. KAINE, et al., | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the court's earlier dismissal of this action is hereby **AMENDED** to reflect that this action is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(g) and 1915A(b)(1). Plaintiff's pending motion [docket no. 8] is hereby **DENIED as MOOT**, and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order to the plaintiff.

ENTER: This 16th day of May, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge

4